# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: FISHER, MARK E. | § Case No. 15-80022 |
| FISHER, SHEILA R. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/16/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 10/19/2015        By: /s/MEGAN G. HEEG
                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: FISHER, MARK E. § Case No. 15-80022
      FISHER, SHEILA R. §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 119,610.13 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 119,610.13 |
| **Balance on hand:** | $ 119,610.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 119,610.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,590.74 | 0.00 | 4,590.74 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,590.74 |
| Remaining balance: | $ 115,019.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 115,019.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 115,019.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,750.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RRCA | 6,805.20 | 0.00 | 6,805.20 |
| 2 | mETRO lAB | 8.80 | 0.00 | 8.80 |
| 3 | Pulmonary Assoc. | 120.60 | 0.00 | 120.60 |
| 4 | Regional Surgicenter | 136.08 | 0.00 | 136.08 |
| 5 | Advanced Radiology | 18.55 | 0.00 | 18.55 |
| 6 | Medical Assoc. of Clinton | 86.00 | 0.00 | 86.00 |
| 7 | Navient Solutions, Inc. | 7,134.20 | 0.00 | 7,134.20 |
| 8 | CGH MEDICAL CENTER | 12,715.04 | 0.00 | 12,715.04 |
| 9 | GENESIS HEALTH SYSTEM | 450.00 | 0.00 | 450.00 |
| 10 | American InfoSource LP as agent for | 1,174.58 | 0.00 | 1,174.58 |
| 11 | Springleaf Financial Services | 5,101.26 | 0.00 | 5,101.26 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 33,750.31 |
| Remaining balance: | $ | 81,269.08 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:                                    $    81,269.08

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:                        $    81,269.08

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $66.35. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 81,202.73.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                           Case No. 15-80022-TML
Mark E. Fisher                                                   Chapter 7
Sheila R. Fisher
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: dpruitt              Page 1 of 2                  Date Rcvd: Nov 12, 2015
                              Form ID: pdf006            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
db/jdb         +Mark E. Fisher,    Sheila R. Fisher,    18474 Holly Road,    Morrison, IL 61270-9539
22792711       +Asset Management Outsourcing,    5655 Peachtree Parkway,    Suite 213,    Norcross, GA 30092-2828
22792712       +CGH Medical Center,    100 E. LeFevre Road,    Sterling, IL 61081-1279
22792714       +CVM,    P.O. Box 428,    Davenport, IA 52805-0428
22792713       +Credit Auto Sales,    601 Route 2,    Dixon, IL 61021-9127
22792715       +Edge Park,    1810 Summit Commerce Park,    Twinsburg, OH 44087-2300
22792708       +Fisher Mark E,    415 Third Avenue,    Rock Falls, IL 61071-1214
22792710        Gregory F Schott,    205 Thrid Avenue,    Sterling, IL 61081
22792717       +Mercantile Adjustment Bureau,    P.O. Box 9055,    Williamville, NY 14231-9055
23385456        Navient Solutions, Inc.,    Department of Education Loan Services,     P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
22792718       +Nellie Fisher,    441 Garden Circle,    Rock Falls, IL 61071-1653
22792721       +RRCA,    201 E. Third Street,    Sterling, IL 61081-3611
22792720       +Robert Milas,    4333 18th Avenue,    Suite B,    Rock Island, IL 61201-3907
22792709      #+Sheila R Fisher,    415 Third Avenue,    Rock Falls, IL 61071-1214
22792723       +Title Cash,    931 First Avenue,    Rock Falls, IL 61071-1626
22792724       +U.S. Dept. Of Education,    P.O. Box 9003,    Niagra Falls, NY 14302-9003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23369329       +E-mail/Text: mdeclerck@quad-corp.com Nov 13 2015 03:01:31      Advanced Radiology,
                 c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,    Davenport, IA 52807-7207
23513361        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2015 03:15:06
                 American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
23499181       +E-mail/Text: bankruptcy@hraccounts.com Nov 13 2015 02:58:23      CGH MEDICAL CENTER,
                 C/O H AND R ACCOUNTS INC,    PO BOX 672,    MOLINE IL 61266-0672
23499235       +E-mail/Text: bankruptcy@hraccounts.com Nov 13 2015 02:58:23      GENESIS HEALTH SYSTEM,
                 C/O H AND R ACCOUNTS INC,    PO BOX 672,    MOLINE IL 61266-0672
22792716       +E-mail/Text: bankruptcy@hraccounts.com Nov 13 2015 02:58:23      H&R Accounts,
                 7017 John Deere Parkway,    Moline, IL 61265-8072
23369332       +E-mail/Text: mdeclerck@quad-corp.com Nov 13 2015 03:01:31      Medical Assoc. of Clinton,
                 c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,    Davenport, IA 52807-7207
23320698       +E-mail/Text: mdeclerck@quad-corp.com Nov 13 2015 03:01:31      Metro Lab,   c/o Quad Corporation,
                 2322 E Kimberly Rd   Ste 215W,    Davenport, IA 52807-7207
23369293       +E-mail/Text: mdeclerck@quad-corp.com Nov 13 2015 03:01:31      Pulmonary Assoc.,
                 c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,    Davenport, IA 52807-7207
22792719        E-mail/Text: mdeclerck@quad-corp.com Nov 13 2015 03:01:31      Quad Corporation,
                 P.O. BAox 2020,    Davenport, IA  52809
23369316       +E-mail/Text: mdeclerck@quad-corp.com Nov 13 2015 03:01:31      Regional Surgicenter,
                 c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,    Davenport, IA 52807-7207
22792722        E-mail/PDF: cbp@springleaf.com Nov 13 2015 03:14:08      Springleaf Financial Services,
                 4311 E. Lincolnway,    Sterling, IL  61081
23569244        E-mail/PDF: cbp@springleaf.com Nov 13 2015 03:14:08      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23865829*      +CGH MEDICAL CENTER,    C/O H AND R ACCOUNTS INC,    PO BOX 672,    MOLINE IL 61266-0672
23369289*      +mETRO lAB,    C/O qUAD cORPORATION,    2322 e kIMBERLY rD   sTE 215w,    dAVENPORT, ia 52807-7207
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: dpruitt              Page 2 of 2              Date Rcvd: Nov 12, 2015
                              Form ID: pdf006            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
              Gregory F Schott    on behalf of Joint Debtor Sheila R. Fisher schottlaw1@sbcglobal.net
              Gregory F Schott    on behalf of Debtor Mark E. Fisher schottlaw1@sbcglobal.net
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```