## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: FISHER, MARK E. | § Case No. 15-80022 |
| FISHER, SHEILA R. | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,975.00    Assets Exempt: $5,875.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $33,816.66    Claims Discharged
Without Payment: $808.70

Total Expenses of Administration: $4,590.74

---

3) Total gross receipts of $ 119,610.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 81,202.73 (see **Exhibit 2**), yielded net receipts of $38,407.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,600.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,590.74 | 4,590.74 | 4,590.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 44,569.37 | 33,816.66 | 33,816.66 | 33,816.66 |
| **TOTAL DISBURSEMENTS** | $50,169.37 | $38,407.40 | $38,407.40 | $38,407.40 |

4) This case was originally filed under Chapter 7 on January 05, 2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016          By: /s/MEGAN G. HEEG
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in estate of a decedent | 1290-000 | 119,610.13 |
| **TOTAL GROSS RECEIPTS** | | **$119,610.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FISHER, MARK E. | Dividend paid 100.00% on $81,202.73; Claim# SURPLUS; Filed: $81,202.73; Reference: | 8200-002 | 81,202.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$81,202.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Title Cash | 4110-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Auto Sales | 4110-000 | 4,700.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,600.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 4,590.74 | 4,590.74 | 4,590.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,590.74** | **$4,590.74** | **$4,590.74** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RRCA | 7100-000 | 4,000.00 | 6,805.20 | 6,805.20 | 6,805.20 |
| 1I | RRCA | 7990-000 | N/A | 13.38 | 13.38 | 13.38 |
| 2 | mETRO lAB | 7100-000 | 370.00 | 8.80 | 8.80 | 8.80 |
| 2I | mETRO lAB | 7990-000 | N/A | 0.02 | 0.02 | 0.02 |
| 3 | Pulmonary Assoc. | 7100-000 | N/A | 120.60 | 120.60 | 120.60 |
| 3I | Pulmonary Assoc. | 7990-000 | N/A | 0.24 | 0.24 | 0.24 |
| 4 | Regional Surgicenter | 7100-000 | N/A | 136.08 | 136.08 | 136.08 |
| 4I | Regional Surgicenter | 7990-000 | N/A | 0.27 | 0.27 | 0.27 |
| 5 | Advanced Radiology | 7100-000 | N/A | 18.55 | 18.55 | 18.55 |
| 5I | Advanced Radiology | 7990-000 | N/A | 0.04 | 0.04 | 0.04 |
| 6 | Medical Assoc. of Clinton | 7100-000 | N/A | 86.00 | 86.00 | 86.00 |
| 6I | Medical Assoc. of Clinton | 7990-000 | N/A | 0.17 | 0.17 | 0.17 |
| 7 | Navient Solutions, Inc. | 7100-000 | 6,129.00 | 7,134.20 | 7,134.20 | 7,134.20 |
| 7I | Navient Solutions, Inc. | 7990-000 | N/A | 14.02 | 14.02 | 14.02 |
| 8 | CGH MEDICAL CENTER | 7100-000 | 12,576.46 | 12,715.04 | 12,715.04 | 12,715.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8I | CGH MEDICAL CENTER | 7990-000 | N/A | 24.99 | 24.99 | 24.99 |
| 9 | GENESIS HEALTH SYSTEM | 7100-000 | 14,904.92 | 450.00 | 450.00 | 450.00 |
| 9I | GENESIS HEALTH SYSTEM | 7990-000 | N/A | 0.88 | 0.88 | 0.88 |
| 10 | American InfoSource LP as agent for | 7100-000 | 1,299.58 | 1,174.58 | 1,174.58 | 1,174.58 |
| 10I | American InfoSource LP as agent for | 7990-000 | N/A | 2.31 | 2.31 | 2.31 |
| 11 | Springleaf Financial Services | 7100-000 | 4,480.71 | 5,101.26 | 5,101.26 | 5,101.26 |
| 11I | Springleaf Financial Services | 7990-000 | N/A | 10.03 | 10.03 | 10.03 |
| NOTFILED | Edge Park | 7100-000 | 143.16 | N/A | N/A | 0.00 |
| NOTFILED | Robert Milas | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercantile Adjustment Bureau | 7100-000 | 565.54 | N/A | N/A | 0.00 |
| NOTFILED | CVM | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,569.37 | $33,816.66 | $33,816.66 | $33,816.66 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80022  
**Case Name:** FISHER, MARK E.  
FISHER, SHEILA R.  
**Period Ending:** 01/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/05/15 (f)  
**§341(a) Meeting Date:** 02/13/15  
**Claims Bar Date:** 08/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with U.S. Bank certificates of<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with landlord<br>Imported from original petition Doc# 1 | 585.00 | 0.00 | | 0.00 | FA |
| 4 | Security deposit with Nicor<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Bed & dresser<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | China set<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Computer<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | ngCouch & chairs<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Freezer<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Grandmother clock<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Hutch<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 12 | microwave<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 13 | Pots, pans, dishes & linens<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Refrigerator<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 15 | Stove<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 16 | Table & chairs<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80022  
**Case Name:** FISHER, MARK E.  
FISHER, SHEILA R.  
**Period Ending:** 01/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/05/15 (f)  
**§341(a) Meeting Date:** 02/13/15  
**Claims Bar Date:** 08/14/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 TV (2)  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 18 Washer  Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 19 Clothing  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 20 Anniversary ring  Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 21 Necklace  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 22 Wedding rings  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 23 Camera  Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 24 Camping equipment  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 25 Screen tent Desc Main  Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 26 401(k) pension or profit sharing plans. particul  Imported from original petition Doc# 1 | 1,900.00 | 0.00 | | 0.00 | FA |
| 27 2001 Chrysler Town & Country (180,000 miles)  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 28 2002 Pontiac Aztec (105,000 miles)  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 29 2003 Pontiac Vibe (160,000 miles)  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 30 2 dogs  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 31 Grill  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 32 Lawnmowers (2)  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80022  
**Case Name:** FISHER, MARK E.  
                FISHER, SHEILA R.  
**Period Ending:** 01/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/05/15 (f)  
**§341(a) Meeting Date:** 02/13/15  
**Claims Bar Date:** 08/14/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 33 Snowblower <br> Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 34 Tools <br> Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 35 Interest in estate of a decedent (u) <br> Shelia Fisher's mother passed 3/19/15 (within 180 days of filing) | 0.00 | 119,610.13 | | 119,610.13 | FA |
| 35 Assets Totals (Excluding unknown values) | **$8,975.00** | **$119,610.13** | | **$119,610.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 30, 2016      **Current Projected Date Of Final Report (TFR):** October 19, 2015 (Actual)

Printed: 01/14/2016 02:36 PM     V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-80022  
**Case Name:** FISHER, MARK E.  
FISHER, SHEILA R.  
**Taxpayer ID #:** **-***1006  
**Period Ending:** 01/14/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/15 | {35} | Myrna Wade Estate | distribution on an estate | 1290-000 | 119,610.13 | | 119,610.13 |
| 12/17/15 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $4,590.74, Trustee Compensation; Reference: | 2100-000 | | 4,590.74 | 115,019.39 |
| 12/17/15 | 102 | RRCA | Dividend paid 100.00% on $6,805.20; Claim# 1; Filed: $6,805.20; Reference: | 7100-000 | | 6,805.20 | 108,214.19 |
| 12/17/15 | 103 | mETRO IAB | Dividend paid 100.00% on $8.80; Claim# 2; Filed: $8.80; Reference: | 7100-000 | | 8.80 | 108,205.39 |
| 12/17/15 | 104 | Pulmonary Assoc. | Dividend paid 100.00% on $120.60; Claim# 3; Filed: $120.60; Reference: | 7100-000 | | 120.60 | 108,084.79 |
| 12/17/15 | 105 | Regional Surgicenter | Dividend paid 100.00% on $136.08; Claim# 4; Filed: $136.08; Reference: | 7100-000 | | 136.08 | 107,948.71 |
| 12/17/15 | 106 | Advanced Radiology | Dividend paid 100.00% on $18.55; Claim# 5; Filed: $18.55; Reference: | 7100-000 | | 18.55 | 107,930.16 |
| 12/17/15 | 107 | Medical Assoc. of Clinton | Dividend paid 100.00% on $86.00; Claim# 6; Filed: $86.00; Reference: | 7100-000 | | 86.00 | 107,844.16 |
| 12/17/15 | 108 | Navient Solutions, Inc. | Dividend paid 100.00% on $7,134.20; Claim# 7; Filed: $7,134.20; Reference: | 7100-000 | | 7,134.20 | 100,709.96 |
| 12/17/15 | 109 | CGH MEDICAL CENTER | Dividend paid 100.00% on $12,715.04; Claim# 8; Filed: $12,715.04; Reference: | 7100-000 | | 12,715.04 | 87,994.92 |
| 12/17/15 | 110 | GENESIS HEALTH SYSTEM | Dividend paid 100.00% on $450.00; Claim# 9; Filed: $450.00; Reference: | 7100-000 | | 450.00 | 87,544.92 |
| 12/17/15 | 111 | American InfoSource LP as agent for | Dividend paid 100.00% on $1,174.58; Claim# 10; Filed: $1,174.58; Reference: | 7100-000 | | 1,174.58 | 86,370.34 |
| 12/17/15 | 112 | Springleaf Financial Services | Dividend paid 100.00% on $5,101.26; Claim# 11; Filed: $5,101.26; Reference: | 7100-000 | | 5,101.26 | 81,269.08 |
| 12/17/15 | 113 | RRCA | Dividend paid 100.00% on $13.38; Claim# 1I; Filed: $13.38; Reference: | 7990-000 | | 13.38 | 81,255.70 |
| 12/17/15 | 114 | mETRO IAB | Dividend paid 100.00% on $0.02; Claim# 2I; Filed: $0.02; Reference: | 7990-000 | | 0.02 | 81,255.68 |
| 12/17/15 | 115 | Pulmonary Assoc. | Dividend paid 100.00% on $0.24; Claim# 3I; Filed: $0.24; Reference: | 7990-000 | | 0.24 | 81,255.44 |
| 12/17/15 | 116 | Regional Surgicenter | Dividend paid 100.00% on $0.27; Claim# 4I; Filed: $0.27; Reference: | 7990-000 | | 0.27 | 81,255.17 |
| 12/17/15 | 117 | Advanced Radiology | Dividend paid 100.00% on $0.04; Claim# 5I; Filed: $0.04; Reference: | 7990-000 | | 0.04 | 81,255.13 |
| 12/17/15 | 118 | Medical Assoc. of Clinton | Dividend paid 100.00% on $0.17; Claim# 6I; Filed: $0.17; Reference: | 7990-000 | | 0.17 | 81,254.96 |
| 12/17/15 | 119 | Navient Solutions, Inc. | Dividend paid 100.00% on $14.02; Claim# 7I; Filed: $14.02; Reference: | 7990-000 | | 14.02 | 81,240.94 |

Subtotals: $119,610.13    $38,369.19

{} Asset reference(s)

Printed: 01/14/2016 02:36 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-80022 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | FISHER, MARK E. | | **Bank Name:** | Rabobank, N.A. |
| | FISHER, SHEILA R. | | **Account:** | ******6566 - Checking Account |
| **Taxpayer ID #:** | **-***1006 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 01/14/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/17/15 | 120 | CGH MEDICAL CENTER | Dividend paid 100.00% on $24.99; Claim# 8I; Filed: $24.99; Reference: | 7990-000 | | 24.99 | 81,215.95 |
| 12/17/15 | 121 | GENESIS HEALTH SYSTEM | Dividend paid 100.00% on $0.88; Claim# 9I; Filed: $0.88; Reference: | 7990-000 | | 0.88 | 81,215.07 |
| 12/17/15 | 122 | American InfoSource LP as agent for | Dividend paid 100.00% on $2.31; Claim# 10I; Filed: $2.31; Reference: | 7990-000 | | 2.31 | 81,212.76 |
| 12/17/15 | 123 | Springleaf Financial Services | Dividend paid 100.00% on $10.03; Claim# 11I; Filed: $10.03; Reference: | 7990-000 | | 10.03 | 81,202.73 |
| 12/17/15 | 124 | FISHER, MARK E. | Dividend paid 100.00% on $81,202.73; Claim# SURPLUS; Filed: $81,202.73; Reference: | 8200-002 | | 81,202.73 | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 119,610.13 | 119,610.13 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 119,610.13 | 119,610.13 | |
| Less: Payments to Debtors | | 81,202.73 | |
| **NET Receipts / Disbursements** | **$119,610.13** | **$38,407.40** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******6566** | 119,610.13 | 38,407.40 | 0.00 |
| | **$119,610.13** | **$38,407.40** | **$0.00** |

{} Asset reference(s)  Printed: 01/14/2016 02:36 PM    V.13.25